1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11  MICHAEL MAURICE McMAHILL,        ) NO. CV 08-7188-AHM(E)
                                     )
12           Plaintiff,              )
                                     )
13      v.                           ) ORDER ADOPTING FINDINGS,
                                     )
14  CMO DR. T. BZOSKIE, et al.,      ) CONCLUSIONS AND RECOMMENDATIONS
                                     )
15           Defendants.             ) OF UNITED STATES MAGISTRATE JUDGE
    _____)
16
17
18       IT IS ORDERED that: (1) the Report and Recommendation of the
19  Magistrate Judge is approved and adopted; and (2) the Complaint is
20  dismissed with leave to amend.  If Plaintiff still wishes to
21  pursue this action, he is granted thirty (30) days from the date
22  of this Order within which to file a First Amended Complaint.  Any
23  First Amended Complaint shall be complete in itself.  Plaintiff
24  should not attempt to add additional defendants
25  ///
26  ///
27  ///
28  ///

without leave of Court.  See Fed. R. Civ. P. 21.  Failure timely to file a First Amended Complaint may result in dismissal of the action.

DATED: January 22, 2009.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE