**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL MAURICE McMAHILL, | ) | NO. CV 08-7188-AHM(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| CMO DR. T. BZOSKIE, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) the First Amended Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, he is granted thirty (30) days from the date of this Order within which to file a Second Amended

Complaint. Any Second Amended Complaint shall be complete in itself. Plaintiff should not attempt to add additional defendants without leave of Court. See Fed. R. Civ. P. 21. Failure timely to file a Second Amended Complaint may result in dismissal of the action.

DATED: April 15, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE