```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


MICHAEL MAURICE McMAHILL,      )  NO. CV 08-7188-AHM(E)
                               )
          Plaintiff,           )
                               )
     v.                        )  ORDER ADOPTING FINDINGS,
                               )
CMO DR. T. BZOSKIE, et al.,    )  CONCLUSIONS AND RECOMMENDATIONS
                               )
          Defendants.          )  OF UNITED STATES MAGISTRATE JUDGE
                               )
_____)
```

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Third Amended Complaint is dismissed without leave to amend; (2) the action is dismissed with prejudice as against all remaining Defendants at CSP Lancaster, but without prejudice as against any official at any other prison; and (3) Plaintiff's motion for transfer is denied.

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Plaintiff and counsel for Defendants.

5      LET JUDGMENT BE ENTERED ACCORDINGLY.

7      DATED:  _____8/25_____, 2009.

10                              _____
                                         A. HOWARD MATZ
11                              UNITED STATES DISTRICT JUDGE

2