```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  MICHAEL MAURICE McMAHILL,      )  NO. CV 08-7188-AHM(E)
                                   )
12            Plaintiff,           )
                                   )
13       v.                        )  JUDGMENT
                                   )
14  CMO DR. T. BZOSKIE, et al.,    )
                                   )
15            Defendants.          )
    _____)
16
17       Pursuant to the Order Adopting Findings, Conclusions and
18  Recommendations of United States Magistrate Judge,
19
20       IT IS ADJUDGED that: (1) the Third Amended Complaint is
21  dismissed without leave to amend; (2) the action is dismissed with
22  prejudice as against all remaining Defendants at CSP Lancaster, but
23  without prejudice as against any official at any other prison; and
24  (3) Plaintiff's motion for transfer is denied.
25
26       DATED:   8/25/2009.
27
28                                 _____
                                           A. HOWARD MATZ
                                   UNITED STATES DISTRICT JUDGE
```